IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY WHITNEY NORMAN, | § | |
| TDCJ-CID # 1718789, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-13-0290 |
| | § | |
| RICK THALER, | § | |
| | § | |
| Respondent. | § | |

**FINAL JUDGMENT**

For the reasons set forth in the court's Memorandum Opinion and Order entered this date, this action is **DISMISSED** without prejudice.

This is a **FINAL JUDGMENT**.

For the reasons stated in the court's Memorandum Opinion and Order and because the petitioner has not made a substantial showing of the denial of a constitutional right, a Certificate of Appealability is **DENIED**.

**SIGNED** at Houston, Texas, on this 11th day of February, 2013.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE